**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BANK OF AMERICA, N.A.,

*Plaintiff*,

v.

BD NEWELL DDS, LLC, et al.,

*Defendants.*

Case No. 21-2133-EFM

**ORDER**

On July 15, 2021, the Court entered a Judgment in favor of Plaintiff Bank of America, N.A. in the amount of $1,320,965.54 in this matter (Doc. 15). Plaintiff later assigned the Judgment to State Resources Corp. ("SRC"). SRC brings the present Motion to Renew Judgment pursuant to Fed. R. Civ. P. 69(a) and K.S.A. § 60-2403.

Rule 69(a) provides that "proceedings supplementary to and in aid of judgment or execution . . . must accord with the procedure of the state where the court is located." Because this Court is in Kansas, Kansas law governs SRC's Motion to Renew. K.S.A. § 60-2403(a)(1) provides that "if a renewal affidavit is not filed . . . within five years from the date of the entry of any judgment in any court of record in this state . . . the judgment, including court costs and fees therein shall become dormant." Section 60-2403(a)(2) defines a renewal affidavit as "a statement under oath, signed by the judgment creditor or the judgment creditor's attorney, filed in the proceedings in which the judgment was entered and stating the remaining balance due and unpaid on the judgment."

The Court has reviewed the renewal affidavit filed by SRC in this matter and concludes that it substantially complies with Kansas law. In addition, Defendants do not oppose SRC's Motion. Accordingly, the Court grants SRC's Motion—filed July 10, 2026—and the Judgment is renewed for an additional five years from that date.

**IT IS THEREFORE ORDERED** that SRC's Motion to Renew Judgment (Doc. 36) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2026.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE